UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FILED 2018 SEP 14 PM 4:33
U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO. 8:18-cr-411T36AEP

GUSTAVO ADOLFO YABRUDI

SEALED

## MOTION TO SEAL INFORMATION, WAIVER OF INDICTMENT, AND RELATED DOCUMENTS

Pursuant to Fed. R. Crim. P. 6(e)(4), and in the interests of law enforcement, the United States of America by Byung J. Pak, United States Attorney for the Northern District of Georgia, hereby moves the Court to direct the Clerk to seal the Information and Waiver of the Indictment, the Court's order regarding this motion and any other documents filed in this case that would identify the defendant. Given the sensitive nature of this prosecution, the disclosure of existence of these documents could hinder or impede the investigation of other individuals and targets related to this matter. Furthermore, the sealing of the Information and Waiver of Indictment is requested in order to safeguard from public scrutiny certain sensitive information which would come to light were the proceedings to become public knowledge either by way of reports published in the media, or otherwise.

The United States further moves that the Court direct the Clerk to seal the Information and Waiver of the Indictment in this case except when

necessary to provide certified copies of the Information and the Waiver of the Indictment to the United States Attorney's Office.

        Respectfully submitted,

        Byung J. Pak
        United States Attorney
        Northern District of Georgia

By: *Stacie B. H* [signature]

        Stacie B. Harris
        Assistant United States Attorney
        Florida Bar No. 0021672
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602
        Telephone: (813) (813)274-6000
        Facsimile: (813) (813)274-6178
        E-mail: stacie.harris@usdoj.gov