UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                          CASE NO: 8:18-cr-411-T-36AEP

**GUSTAVO ADOLFO YABRUDI**

_____

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 9), entered October 29, 2018, to which there has been no objection and the 14 day objection period has expired, the plea of guilty of Defendant Yabrudi is now accepted and Defendant Yabrudi is adjudged guilty of Count One of the Information.

**Sentencing is scheduled for January 31, 2019 at 10:00 AM before the undersigned.**

**DONE and ORDERED** in Tampa, Florida this 16th day of November 2018.

*/s/ Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for the Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services