UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:18-cr-411-T-36AEP

GUSTAVO ADOLFO YABRUDI

### JOINT MOTION TO CONTINUE SENTENCING

The United States of America, by Byung J. Pak, United States Attorney for the Northern District of Georgia[1], and counsel for the defendant, Leonardo Concepcion, request that this Court continue the sentencing in this case now set for January 31, 2019, for an additional six months. In support of its motion, the parties state the following for the Court's consideration:

The defendant pleaded guilty pursuant to a Plea Agreement. *See* Doc. 5. The Plea Agreement includes a cooperation provision, which requires the government to consider the defendant's cooperation when fashioning an appropriate sentence. *Id.* at A.8., 4-5. As set forth in Paragraph B.11 of the Plea Agreement, the defendant and his co-conspirators participated in a sophisticated money laundering scheme in the United States and Colombia. *See id.*, 19-25. The defendant is cooperating against others who facilitated

---

[1] This matter is being supervised by the United States Attorney's Office in the Northern District of Georgia.

sophisticated money laundering schemes, in part, by using undercover accounts that were shell companies and controlled by law enforcement. Some of the illegal proceeds laundered during these schemes derived from drug trafficking and public corruption related offenses.

Prior to and since the change of plea hearing, the defendant has been cooperating with the United States.  This has included meetings with government attorneys and federal agents.  However, the defendant's cooperation is ongoing and the government is not in a position to evaluate the cooperation and make a recommendation to the Court at this time.  The United States and the defendant anticipate that his cooperation will be needed beyond January 31, 2018.  As such, we are requesting additional time to hold the sentencing hearing.  By continuing the sentencing date, it will allow the United States to further its investigation with the assistance of the defendant, which will likely extend beyond January 31, 2018.  Likewise, if this Motion is granted, the defendant can continue his cooperation in an effort to receive substantial assistance prior to sentencing.

Accordingly, the United States and the defendant jointly request this Court to continue the sentencing hearing for six months from January 31, 2018.

                                        Respectfully submitted,
                                        Byung J. Pak
                                        United States Attorney
                                        Northern District of Georgia

By:   /s/ James D. Mandolfo
        James D. Mandolfo
        Assistant United States Attorney
        FL. Bar No. 96044
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:  (813) 274-6000
        Facsimile:   (813) 274-6358
        E-mail:  james.mandolfo@usdoj.gov

By:   /s/ Leonardo E. Concepcion
        Leonardo E. Concepcion, Esq.
        Florida Bar No.: 0106317
        CONCEPCION LAW
        135 San Lorenzo Avenue, PH-830
        Coral Gables, FL 33146
        Telephone: (305) 305-519-4510
        Email: Lconcepcionlaw@gmail.com

U.S. v. Gustavo Adolfo Yabrudi        Case No. 8:18-cr-411-T-36AEP

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Leonardo Concepcion, Counsel for the defendant

By:   /s/ James D. Mandolfo
James D. Mandolfo
Assistant United States Attorney
FL. Bar No. 96044
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: james.mandolfo@usdoj.gov

4