# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CLERK'S MINUTES
**MOTION HEARING**

### Case Number: 8:18-CR-411-T-36AEP

**UNITED STATES OF AMERICA**

       Plaintiff,

Government Counsel: James D. Mandolfo
Joseph Palazzo

v.

**GUSTAVO ADOLFO YABRUDI**

       Defendant.

Defense Counsel: Leonardo E. Concepcion

| Judge: | **Charlene Edwards Honeywell** | Court Reporter: | Howard (Bill) Jones |
|---|---|---|---|
| Deputy Clerk: | Bettye G. Samuel | Interpreter: | N/A |
| Date: | December 11, 2018 | Time: Total: | 11:36 AM – 11:43 AM 7 minutes |

Court in session and counsel identified for the record. All parties appeared telephonically for the hearing.

The Court addressed counsel and heard argument on the parties' *Joint Motion to Continue Sentencing* (Doc.20).

The parties' *Joint Motion to Continue Sentencing* (Doc.20) is GRANTED, for the reasons stated on the record.

The sentencing previously scheduled for January 31, 2019 is rescheduled for May 30, 2019 at 10:00 AM.

Absent exigent circumstances, it is unlikely that this sentencing hearing will be continued for the same reason set forth in the motion to continue.

This matter will be rescheduled by separate notice.

Court adjourned.