UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:18-cr-411-T-36AEP

GUSTAVO YABRUDI

**JONT MOTION BY THE UNITED STATES AND THE DEFENDANT FOR A TWO-LEVEL DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, the United States moves this Court to grant a two-level reduction in the defendant's offense level, and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. *See* U.S.S.G. § 5K1.1. Here, Gustavo Yabrudi provided truthful and timely information. This has included meetings with the government, review of electronic and physical evidence produced by Gustavo Yabrudi, discussion of and identifying other potential witnesses who the government has interviewed, and implicating other persons involved in the scheme. The information and materials provided by

Gustavo Yabrudi have substantially assisted the government in developing and gathering evidence.

The United States believes that, because of his efforts on behalf of the United States, Gustavo Yabrudi should receive a two-level reduction in his offense level for his assistance at this time.

## CONCLUSION

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

DATED: JULY 23, 2019

        Respectfully submitted,

        BYUNG J. PAK
        United States Attorney
        Northern District of Georgia

By:   */s/ James D. Mandolfo*
        James D. Mandolfo
        Assistant United States Attorney
        Florida Bar No. 96044
        400 N. Tampa Street, Suite 3200
        Tampa, Florida 33602-4798
        Telephone:  (813) 274-6000
        Facsimile:   (813) 274-6358
        E-mail: james.mandolfo@usdoj.gov

        DEBORAH L. CONNOR
        Chief, Money Laundering and Asset Recovery Section

By:   */s/ Joseph Palazzo*
        Joseph Palazzo

3

        U.S. Dept. of Justice Trial Attorney
        Mass. Bar No. 669666
        1400 New York Avenue, NW
        Washington, DC 20005
        Tel: (202) 514-1263
        Email: joseph.palazzo@usdoj.gov


        GUSTAVO ADOLFO YABRUDI
        Defendant

By:   /s/ Leonardo E. Concepcion
        Leonardo E. Concepcion, Esq.
        Florida Bar No.: 106317
        Concepcion Law
        6405 NW 36 Street
        Suite 210A
        Virginia Gardens, FL, 33146
        Telephone: (305) 791-6529
        Email: lc@Lconcepcionlaw.com

**U.S. v. Gustavo Yabrudi**     Case No. 8:18-cr-411-T-36AEP

# CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Leonardo Concepcion, Esq.

                            Respectfully submitted,

                            BYUNG J. PAK
                            United States Attorney
                            Northern District of Georgia

By:   */s/ James D. Mandolfo*
       James D. Mandolfo
       Assistant United States Attorney
       Florida Bar No. 96044
       400 N. Tampa Street, Suite 3200
       Tampa, Florida 33602-4798
       Telephone:   (813) 274-6000
       Facsimile:     (813) 274-6358
       E-mail: james.mandolfo@usdoj.gov

And

       DEBORAH L. CONNOR
       Chief, Money Laundering and Asset Recovery Section

By:   */s/ Joseph Palazzo*
       Joseph Palazzo
       U.S. Dept. of Justice Trial Attorney
       Mass. Bar No. 669666
       1400 New York Avenue, NW
       Washington, DC 20005
       Tel: (202) 514-1263
       Email: joseph.palazzo@usdoj.gov