# EXHIBIT A

**Julio 23 del 2019**

## A QUIEN PUEDA INTERESAR

Por medio de la presente quiero manifestar que Gustavo Yabrudi es un padre excelente, que siempre me ha ensenado grandes valores y principios para llevarlos a mi vida diaria. Es un hombre con un corazon noble y dispuesto a darnos lo mejor dia a dia, siempre presente para apoyarnos y escucharnos cuando lo necesitamos. Su amor hacia nosotros es tan grande y maravilloso como cualquien padre que siempre ha querido darnos el mejor ejemplo y apoyo en el camino de nuestras vidas. Solo puedo mencionar que como ser humano y padre nos ha demostrado ser el mejor para llegar a cumplir con nuestras metas. Es un hombre lleno de Fe y amor, ensenandonos asi a ser mejores personas para nuestra Sociedad.

Agradeciendo la atencion prestada,

Victoria Yabrudi

July 23, 2019

## TO WHOM IT MAY CONCERN

Hereby I want to state that Gustavo Yabrudi is an excellent father, who has always taught me great values and principles to take them to my daily life. He is a man with a noble heart and willing to give us the best day by day. He is always present to support us and listen to us when we need it. His love for us is as great and wonderful as any father who has always wanted to give us the best example and support in the way of our lives. I can only mention that as a human being and father he has shown us to be the best to reach our goals. He is a man full of Faith and love, thus teaching us to be better people for our Society.

Thank you,

-------------------------------------------------- ---

Victoria Yabrudi

Julio 23 del 2019

# A QUIEN PUEDA INTERESAR

Por medio de la presente me dirijo a  usted muy respetuosamente con el fin de manifestarle dando fe de que el ciudadano Gustavo Adolfo Yabrudi, a quien conozco de toda la vida, tratandose de alguien respetuoso y muy trabajador, igualmente excelente padre de familia, buen hijo, espospo, hermano y tio, es un  persona que siempre esta buscando la union familiar entre todos y es un fiel creyente de Dios, llevando asi un hogar y unas reglas llenas de Fe. Infunde el amor de Dios a sus hijos llevandolos a la iglesia con regularidad y ensenandoles el amor hacia el. Con todo esto solo puedo decir que tiene una calidad humana extraordinaria y de mucha generosidad.

Agradeciendo de ante mano y quedando ante usted,

_Maria Linares._

Maria Alejandra Linares

July 24,2019

## TO WHOM IT MAY CONCERN

I hereby address you very respectfully in order to express to you attesting that the citizen Gustavo Adolfo Yabrudi, whom I have known for a lifetime, being someone respectful and hardworking, equally excellent family man, good son , husband, brother and uncle, is a person who is always looking for family union among all and is a faithful believer of God, thus leading a home and rules full of Faith. Infuse God's love to his children by taking them to church regularly and teaching them love for him. With all this I can only say that it has an extraordinary human quality and a lot of generosity.

Thank you,

-------------------------------------------

Maria Alejandra Linares

**Julio 23 del 2019**

## A quien pueda interesar

Por medio de la presente quiero dar fe de que Gustavo Yabrudi es un hombre nacido bajo una familia llena de principios y reglas morales, las cuales las podemos ver reflejadas en su comportamiento y ejemplo hacia sus hijos y familia, pues es un hombre honesto, colaborador, caritativo y de un corazon noble dispuesto ayudar a todo aquel que lo necesite. Gustavo es un ser humano que tiene errores como cualquie otro, pero solo puedo asegurar que su nobleza y amor hacia los demas es mas grande que no intenta hacer ningun dano hacia nadie, es sincero y respetuoso, lo cual lo hace ser un excelente persona. Ademas de esto, es una persona creyente de Dios que practica su fe y su amor hacia el siempre con su familia y amigos cercanos. Finalmente solo puedo dercir que es un gran hombre que merece tener un oportunidad de reversar sus errores y tener una vida en paz al lado de su familia.

Agradeciendo la atencion prestada,

Mana Jater
--------------------------------

Maria Jater

July 23, 2019

## To whom it May concern

Hereby I want to attest that Gustavo Yabrudi is a man born under a family full of moral principles and rules, which we can see reflected in his behavior and example towards his children and family, because he is an honest, collaborative man , charitable and with a noble heart willing to help anyone who needs it. Gustavo is a human being who has mistake like any other, but I can only assure that his nobility and love for others is greater than not trying to do any harm to anyone. He is sincere and respectful, which makes him an excellent person. In addition to this, he is a believing person of God who practices his faith and his love for him always with his family and close friends. Finally, I can only deduce that he is a great man who deserves to have an opportunity to reverse his mistakes and have a peaceful life next to his family.

Thank you,

-----------------------------------------

Maria Jater



Hechos Church Ministries

July 24th, 2019

To Whom May it Concern:

I  Carol Guevara, Pastor of Hechos Church Ministries have known Gustavo Yabrudi at least ten years ago. He was congregating at our church for the last 4 years with his wife and two kids. I have the opportunity to share social moments with him and his family; I saw the good man and father that he is. Gustavo always has been polite, respectful, considerate and attentive to our church's needs. I personally believe that he is a faithful man with lots of values and tons of good things to offer no just for his family but also to our society. As a Pastor, I believe that God can give him new opportunities to offer a blessing future to his family.

Best Regards,

Carol G.

Carol Guevara
Pastor