**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE CHARLENE EDWARDS HONEYWELL**

| CASE NO. 8:18-cr-411-T-36AEP | DATE: July 30, 2019 |
|---|---|
| TITLE: USA v. **Gustavo Adolfo Yabrudi** | |
| TIME: 11:41 AM – 12:32 PM | TOTAL: 50 minutes |

| Courtroom Deputy: Bettye G. Samuel | Interpreter: James Plunket |
|---|---|
| Court Reporter: Sharon Miller | Probation: Stephen R. Edwards |
| Counsel for Government: | James D. Mandolfo |
| Counsel for Defendant: | Leonardo E. Concepcion |

**CRIMINAL MINUTES**

Court in session and counsel identified for the record.

Interpreter sworn and Defendant sworn and adjudicated guilty as to Count One of the Information.

Counsel addressed the Court.

Defendant addressed the Court.

Defendant's objections to the Final Presentence Investigation Report:
Paragraphs 29, 31, 35, and 79 (USSG §3B1.2(b), Minor Role) – OVRRULED, for the reasons stated on the record.

The *Joint Motion by the United States and the Defendant for a Two-Level Downward Departure of Defendant's Sentence Based Upon Substantial Assistance* (Doc. 38) is GRANTED, for the reasons stated on the record.

*Defendant's Motion for Downward Variance at Sentencing and Incorporated Memorandum of Law* (Doc. 39), is GRANTED, for the reasons stated on the record.

Defendant's *Oral Motion to Self-Surrender* is GRANTED, for the reasons stated on the record. Defendant shall report to this courthouse by 2 p.m. on September 27, 2019, and surrender himself to the Marshal's office, 801 North Florida Avenue, Tampa, Florida.

Imprisonment: 46 months.

Supervised Release: 36 months.

Fine is waived.

Special Assessment: $100.00. This obligation is to be paid immediately.

Special conditions of supervised release:

- The mandatory drug testing provisions of the Violent Crime Control Act are suspended. However, the Court orders Defendant to submit to random drug testing not to exceed 104 tests per year.

- Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Defendant is ordered to immediately proceed to the Office of the United States Marshal for processing and further instructions.

Defendant advised of right to appeal and of right to counsel on appeal.

GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

| | |
|---|---|
| Total Offense Level | 29 |
| Criminal History Category | I |
| Imprisonment Range | 87-108 months |
| Supervised Release Range | 1-3 years |
| Restitution | N/A |
| Fine Range | $30,000 - $500,000, or twice the value of the property |
| Special Assessment | $100.00 |

Court adjourned.