UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:18-cr-00411-CEH-AEP-1

GUSTAVO YABRUDI

### UNOPPOSSED MOTION REQUESTING ADDITIONAL TIME TO SELF-SURRENDER AND A CHANGE OF SURRENDER LOCATION

Defendant, Gustavo Yabrudi, respectfully request that the Court grant him additional time to self-surrender and change his surrender location. In support of said request, Defendant states as follows:

1. On July 30, 2019, the Court sentenced defendant to 46 months imprisonment and 36 months supervised release.

2. On the same day the Court granted the Defendant's oral motion for self-surrender.

3. Defendant is currently set to self-surrender on September 27, 2019, at 2:00 p.m. at the Marshal's Office, 801 North Florida Avenue, Tampa, Florida.

4. However, Mr. Yabrudi respectfully requests an additional sixty (60) days to self-surrender based on circumstances previously discussed with the Court.

5. Furthermore, Defendant is attempting to resolve his pending criminal case in Florida State Court (F-18-001092-A) for the same conduct involved in this case. Defendant's attorney in state court, David W. Macey, believes this case may be resolved if this additional time to surrender is granted.

6. In addition, or in the alternative, Mr. Yabrudi respectfully request that he be allowed to surrender at the Marshal's office in Dallas, Texas, at 1100 Commerce Street, Room 1657, Dallas, TX, 75242. Such change would spare Mr. Yabrudi the added expense of a flight and hotel stay in Tampa.

7. Undersigned Counsel has discussed this Motion with AUSA Joseph Palazzo and has been advised that the Government has no objection.

WHEREFORE, Defendant respectfully requests that the Court grant his Motion requesting additional time to self-surrender and a change of surrender location.

Respectfully submitted,

By:     */s/ Leonardo E. Concepcion*
        Leonardo E. Concepcion, Esq.
        Florida Bar No.: 106317
        Concepcion Law
        6405 NW 36 Street
        Suite 210A

Virginia Gardens, FL, 33146
Telephone: (305) 791-6529
mail: lc@Lconcepcionlaw.com

**U.S. v. Gustavo Yabrudi**                    **Case No.** 8:18-cr-00411-CEH-AEP-1

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2019, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Joseph Palazzo, Esq.


Respectfully submitted,

By:   /s/ Leonardo E. Concepcion
      Leonardo E. Concepcion, Esq.
      Florida Bar No.: 106317
      Concepcion Law
      6405 NW 36 Street
      Suite 210A
      Virginia Gardens, FL, 33146
      Telephone: (305) 791-6529
      mail: lc@Lconcepcionlaw.com